**People of the State of Illinois, Plaintiff-Appellee, v. Sterling Matthews, Defendant-Appellant.**

Gen. No. 51,402. 

First District, Third Division.

June 13, 1968.

Gerald W. Getty, Public Defender of Cook County, of Chicago (Chester P. Majewski and James J. Doherty,

Assistant Public Defenders, of counsel), for appellant; John J. Stamos, State's Attorney of Cook County, of Chicago (Elmer C. Kissane and Alan Gersh, Assistant State's Attorneys, of counsel), for appellee. Opinion by JUSTICE SULLIVAN. **Not to be published in full.**